Lindsey H. Morales, Esq.
State Bar No. 11519
Justin T. Grim, Esq.
State Bar No. 12588
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (678) 648-1291
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| CECILIA M. BARO, | Case No.: 2:19-cv-00944-APG-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| JPMORGAN CHASE BANK, NA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Cecilia M. Baro (hereafter "Plaintiff") through his attorney David H. Krieger, Esq., and Justin T. Grim, Esq. attorney for Defendant JPMorgan Chase Bank, N.A., (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond. Defendant may answer or otherwise respond to Plaintiff's Complaint on or before July 25, 2019.

///

///

///

///

-1-

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this 17th day of June, 2019          Signed this 17th day of June, 2019

McCALLA RAYMER LEIBERT PIERCE, LLP

By: */s/ Justin T. Grim*                              By: */s/ David H. Krieger*
Lindsey H. Morales, Esq.                          David H. Krieger, Esq.
Nevada Bar No. 11519                              Nevada Bar No. 9086
McCalla Raymer Leibert Pierce, LLP            Haines & Krieger, LLC
1635 Village Center Circle, Ste. 130           8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89134                        Henderson, NV 89129
(702) 425-7267                                       (702) 825-6060
*Attorney for Chase Bank, N.A.*                *Attorney for Plaintiff*

## ORDER

**IT IS ORDERED.** Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before July 25, 2019.

Dated this 18th day of June, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Justin T. Grim*
Justin T. Grim, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Justin.Grim@mccalla.com